| **Fill in this information to identify the case:** | |
|---|---|
| Debtor 1: <u>RAUL GONZALEZ</u> | |
| Debtor 2: <u>DEBORAH GONZALES</u> | |
| (Spouse, if filing) | |
| United States Bankruptcy Court for the: <u>MIDDLE</u> District of <u>Pennsylvania</u> | |
| Case number: <u>18-03386</u> | |

Official Form 410S1      Chapter 13

## Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of Creditor: WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST F,

Court claim no. (if known): <u>19-1</u>

Last four digits of any number you use to identify the debtor's account: <u>2846</u>

Date of payment change: <u>04/01/2021</u>
Must be at least 21 days after date of this notice

New total payment: <u>$1,493.79</u>
Principal, interest and escrow, if any

### Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**    <u>Yes</u>

Attach a copy of the escrow account statement prepared in a form consistent with applicable non-bankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

**Current Escrow Payment:**    <u>$794.08</u>          **New Escrow Payment:**    <u>$634.01</u>

### Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**    <u>No</u>

Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law.
If a notice is not attached, explain why:

**Current Interest Rate:**            **New Interest Rate:**

**Current principal and interest payment:**            **New principal and interest payment:**

### Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**    <u>No</u>

Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
(Court approval may be required before the payment change can take effect.)

Reason for change:

**Current mortgage payment:**            **New mortgage payment:**

| Debtor 1: RAUL GONZALEZ | Case number (if known): 18-03386 |
|---|---|

# Part 4: Sign Here

The person completing the Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if Different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box:

☐ I am the creditor          [X] I am the creditor's authorized agent

(Attach copy of Power of Attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information and reasonable belief.

**/s/ Diane Tran**               Date: Mar 03, 2021
Signature

Print:   Diane Tran                              Title: Authorized Agent

Company:   Liepold, Harrison & Associates

Address:   701 Highlander Blvd., Ste. 200
           Arlington, TX 76015

Contact Phone:                                   Email:   dtran@ursusholdings.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF Pennsylvania

*In Re:*  Case No. 18-03386

RAUL GONZALEZ
DEBORAH GONZALES

Chapter 13

**Debtor(s)**

### CERTIFICATE OF SERVICE

I hereby certify that on 03/03/2021, a true and correct copy of the foregoing Notice of Mortgage Payment Change was served upon all interested parties pursuant to the Court's CM/ECF system and/or by First Class U.S. Mail.

By: /s/ Diane Tran

WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST F
701 Highlander Blvd., Ste. 200
Arlington, TX 76015

Debtor
RAUL  GONZALEZ
DEBORAH  GONZALES
3203 CAROBETH DR
TOBYHANNA, PA 18466

Debtor's Counsel
Patrick James Best
18 North 8th Street
Stroudsburg, PA 18360

Trustee
CHARLES J DEHART, III (TRUSTEE)
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN, PA 17036

U.S. Trustee
United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

**CARRINGTON MORTGAGE SERVICES, LLC**
P.O. Box 5001
Westfield, IN 46074

(800) 561-4567  FAX: (949) 517-5220

```
                                          /P1          /   680
RAUL GONZALEZ                                              YOUR LOAN NUMBER    
3203 CAROBETH DR
TOBYHANNA         PA 18466                                 DATE: 01/15/21
```

### *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - LAST CYCLES ESCROW ACCOUNT HISTORY ***

THIS HISTORY STATEMENT COMPARES YOUR PRIOR ANALYSIS CYCLE PROJECTED ESCROW ACTIVITY TO THE
ACTUAL ESCROW ACTIVITY BEGINNING APRIL,2020 AND ENDING MARCH, 2021.  IF YOUR LOAN
WAS PAID-OFF, ASSUMED, OR TRANSFERRED DURING THIS PRIOR CYCLE, OR THE COMPUTATION YEAR IS
BEING CHANGED, ACTUAL ACTIVITY STOPS AT THAT POINT.  THIS STATEMENT IS INFORMATIONAL ONLY
AND REQUIRES NO ACTION ON YOUR PART.

#### --- YOUR PAYMENT BREAKDOWN AS OF APRIL,2020 IS ---

```
            PRIN & INTEREST            859.78
            ESCROW PAYMENT             791.83
            SHORTAGE PYMT                2.25
            TOTAL                    1,653.86
```

```
            -- PAYMENTS TO ESCROW --      -- PAYMENTS FROM ESCROW --                      -- ESCROW BALANCE --
MONTH   PRIOR PROJECTED  ACTUAL   PRIOR PROJECTED DESCRIPTION   ACTUAL  DESCRIPTION   PRIOR PROJECTED  ACTUAL
                                                    STARTING BALANCE  = = = >           4980.80       15023.39-
APR     791.83 *                   169.23 *  FHA INSURA          164.51 FHA INSURA      4206.83       16281.55-
                            0     1396.57    CITY TAX           1093.65 CITY TAX
MAY     791.83 *         791.98    169.23 *  FHA INSURA          164.51 FHA INSURA      4829.43       15654.08-
JUN     791.83 *                   169.23 *  FHA INSURA          164.51 FHA INSURA      5452.03       15818.59-
JUL     791.83 *                   169.23 *  FHA INSURA          164.51 FHA INSURA      6074.63       17576.10-
                            0                                   1593.00 HOMEOWNERS
AUG     791.83 *         791.98    169.23 *  FHA INSURA          164.51 FHA INSURA      6697.23       16948.63-
SEP     791.83 *                  1230.00 *  HOMEOWNERS          164.51 FHA INSURA      1245.20 TLP   20389.52- ALP
                            0      169.23    FHA INSURA         3276.38 SCHOOL TAX
                            0     4844.63    SCHOOL TAX
OCT     791.83 *         791.98    169.23 *  FHA INSURA          164.51 FHA INSURA      1867.80       19762.05-
NOV     791.83 *                   169.23 *  FHA INSURA          164.51 FHA INSURA      2490.40       19926.56-
DEC     791.83 *                   169.23 *  FHA INSURA          164.51 FHA INSURA      3113.00       20091.07-
JAN     791.83              E      169.23 *  FHA INSURA          164.51 FHA INSURA      3735.60       20255.58-
FEB     791.83              E      169.23    FHA INSURA                                 4358.20       20255.58-
MAR     791.83              E      169.23    FHA INSURA                                 4980.80       20255.58-
TOT    9501.96          2375.94   9501.96                       7608.13
```

UNDER FEDERAL LAW, WHEN YOUR ACTUAL ESCROW BALANCE REACHES ITS LOWEST POINT, THAT BALANCE IS TARGETED
NOT TO EXCEED 1/6TH OF THE ANNUAL PROJECTED DISBURSEMENTS.  YOUR LOAN DOCUMENTS OR STATE LAW MAY
SPECIFY THAT YOUR LOWEST BALANCE MUST BE A LOWER AMOUNT THAN THE FEDERAL LAW ALLOWS.

UNDER YOUR MORTGAGE CONTRACT OR STATE OR FEDERAL LAW, YOUR TARGETED LOW POINT ESCROW BALANCE
(TLP) WAS $1,245.20.  YOUR ACTUAL LOW POINT ESCROW BALANCE (ALP) WAS  $20,389.52-.

BY COMPARING THE PROJECTED ESCROW TRANSACTIONS WITH THE ACTUAL TRANSACTIONS YOU CAN
DETERMINE WHERE A DIFFERENCE MAY HAVE OCCURRED.  AN ASTERISK (*) INDICATES A DIFFERENCE IN EITHER THE
AMOUNT OR DATE OF THE PROJECTED ACTIVITY AND THE ACTUAL ACTIVITY.
THE LETTER "E" BESIDE AN AMOUNT INDICATES THAT THE PROJECTED ACTIVITY HAS NOT YET OCCURRED DUE TO THE
DATE OF THIS STATEMENT.

IF THERE ARE NO PRIOR PAYMENTS TO OR FROM ESCROW SHOWN, THERE WAS NO PRIOR PROJECTION
TO WHICH THE ACTUAL ACTIVITY COULD BE COMPARED.

Your projected escrow balance consists of the following detail (an * next to an amount
indicates this is a total that represents more than one payment to or disbursement from escrow):

**Escrow payments up to escrow analysis effective date:**

```
02/19      $791.98       03/19      $791.98       04/19      $9,535.16  *
```

### *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS ***

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS REFUNDS, OR
ANY SHORTAGE OR DEFICIENCY THAT YOU MUST PAY. IT ALSO SHOWS YOU THE PROJECTED ESCROW
ACTIVITY FOR YOUR ESCROW CYCLE BEGINNING APRIL,2021 AND ENDING MARCH,2022.

-------------------- **PROJECTED PAYMENTS FROM ESCROW - APRIL,2021 THROUGH MARCH,2022** -------------
```
            HOMEOWNERS INSU            1,593.00
            FHA INSURANCE              1,645.10
            SCHOOL TAX                 3,276.38
            CITY TAX                   1,093.65

            TOTAL                      7,608.13
            PERIODIC PAYMENT TO ESCROW   634.01   (1/12 OF "TOTAL FROM ESCROW")
```

**** CONTINUED ON NEXT PAGE ****

------------------ PROJECTED ESCROW ACTIVITY - APRIL,2021 THROUGH MARCH,2022 ----------------------
---- PROJECTED PAYMENTS --                                    -- ESCROW BALANCE COMPARISON --

| MONTH  | TO ESCROW | FROM ESCROW | DESCRIPTION | PROJECTED | REQUIRED |
|--------|-----------|-------------|-------------|-----------|----------|
|        |           | ACTUAL STARTING BALANCE = = = > | | 6,545.61 | 4,139.87 |
| APR,21 | 634.01    | 164.51      | FHA INSURANCE | 5,921.46 | 3,515.72 |
|        |           | 1,093.65    | CITY TAX    |           |          |
| MAY,21 | 634.01    | 164.51      | FHA INSURANCE | 6,390.96 | 3,985.22 |
| JUN,21 | 634.01    | 164.51      | FHA INSURANCE | 6,860.46 | 4,454.72 |
| JUL,21 | 634.01    | 164.51      | FHA INSURANCE | 7,329.96 | 4,924.22 |
| AUG,21 | 634.01    | 164.51      | FHA INSURANCE | 7,799.46 | 5,393.72 |
| SEP,21 | 634.01    | 1,593.00    | HOMEOWNERS INSU | 3,399.58 ALP | 993.84 RLP |
|        |           | 164.51      | FHA INSURANCE |           |          |
|        |           | 3,276.38    | SCHOOL TAX  |           |          |
| OCT,21 | 634.01    | 164.51      | FHA INSURANCE | 3,869.08 | 1,463.34 |
| NOV,21 | 634.01    | 164.51      | FHA INSURANCE | 4,338.58 | 1,932.84 |
| DEC,21 | 634.01    | 164.51      | FHA INSURANCE | 4,808.08 | 2,402.34 |
| JAN,22 | 634.01    | 164.51      | FHA INSURANCE | 5,277.58 | 2,871.84 |
| FEB,22 | 634.01    |             |             | 5,911.59 | 3,505.85 |
| MAR,22 | 634.01    |             |             | 6,545.60 | 4,139.86 |

------------------------------- DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE ---------------------------------

IF THE PROJECTED LOW POINT BALANCE (ALP) IS
GREATER THAN THE REQUIRED LOW POINT BALANCE (RLP) ,
THEN THERE IS AN ESCROW SURPLUS....                       THE ESCROW SURPLUS IS....        2,405.74 *

AT THE TIME OF YOUR BANKRUPTCY FILING, YOUR ESCROW SHORTAGE INCLUDED IN THE POC (PROOF OF CLAIM) IS $8,858.07.

*The statement assumes all past due payments have been made toward the loan. If there are past due payments, this amount may not be accurate.
PLEASE CALL THE ABOVE PHONE NUMBER REGARDING THE SURPLUS.

---------------------------------- CALCULATIONS OF YOUR NEW PAYMENT AMOUNT ------------------------------------------
                    PRIN & INTEREST                859.78 *
                    ESCROW PAYMENT                 634.01
BORROWER PAYMENT STARTING WITH THE PAYMENT DUE   04/01/21   ==>        1,493.79

* IF YOUR LOAN IS AN ADJUSTABLE RATE MORTGAGE, THE PRINCIPAL & INTEREST PORTION OF
  YOUR PAYMENT MAY CHANGE WITHIN THIS CYCLE IN ACCORDANCE WITH YOUR LOAN DOCUMENTS.

NOTE :     YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF MONEY
           HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING OVERDRAWN
           WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES A MAXIMUM
           ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL PROJECTED ESCROW
           DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS $1,583.66.
           YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. YOUR MORTGAGE
           CONTRACT AND STATE LAW ARE SILENT ON THIS ISSUE. WHEN YOUR ESCROW BALANCE
           REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE IS TARGETED
           TO BE YOUR CUSHION AMOUNT.
           YOUR ESCROW CUSHION FOR THIS CYCLE IS $993.84.

  YOUR PROJECTED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT TO AN AMOUNT INDICATES
  THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT TO OR DISBURSEMENT FROM ESCROW):

**Escrow payments up to escrow analysis effective date:**
05/19     $791.98          06/19     $791.98          07/19     $16,688.18*

**Escrow disbursements up to escrow analysis effective date:**
02/21     $164.51    FHA INSURANCE
03/21     $164.51    FHA INSURANCE

**IMPORTANT BANKRUPTCY NOTICE**

If you have been discharged from personal liability on the mortgage because of bankruptcy proceedings and have not reaffirmed the mortgage, or if you are the subject of a pending bankruptcy proceeding, this letter is not an attempt to collect a debt from you but merely provides informational notice regarding the status of the loan. If you are represented by an attorney with respect to your mortgage, please forward this document to your attorney.

**CREDIT REPORTING**

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**MINI MIRANDA**

This communication is from a debt collector and it is for the purpose of collecting a debt and any information obtained will be used for that purpose. This notice is required by the provisions of the Fair Debt Collection Practices Act and does not imply that we are attempting to collect money from anyone who has discharged the debt under the bankruptcy laws of the United States.

**HUD COUNSELOR INFORMATION**

If you would like counseling or assistance, you may obtain a list of HUD-approved homeownership counselors or counseling organizations in your area by calling the HUD nationwide toll-free telephone number at (800) 569-4287 or toll-free TDD (800) 877-8339, or by going to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. You can also contact the CFPB at (855) 411-2372, or by going to www.consumerfinance.gov/find-a-housing-counselor.

**EQUAL CREDIT OPPORTUNITY ACT NOTICE**

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, or age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has, in good faith, exercised any right under the Consumer Credit Protection Act. The Federal Agency that administers Carrington Mortgage Services, LLC's compliance with this law is the Federal Trade Commission, Equal Credit Opportunity, washington, DC 20580.